FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2018 MAR 28 PM 1:13

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-cr-70-ORL-ATPS
18 U.S.C. § 1030(a)(5)(A)

MARC MALACASO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about September 17, 2015, in the Middle District of Florida, and elsewhere, the defendant,

**MARC MALACASO**

did knowingly cause the transmission of a program, information, code and command, and as a result of such conduct, did intentionally cause damage without authorization to a protected computer, and the offense caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers, aggregating at least $5,000 in value.

In violation of 18 U.S.C. § 1030(a)(5)(A) and (c)(4)(B).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1030(i).

2. Upon conviction of a violation of 18 U.S.C. § 1030, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 1030(i)(1)(A), any personal property used or intended to be used to commit the offense.

3. The property to be forfeited includes, but is not limited to, the following: one Asus Laptop computer seized from the defendant's residence.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value;

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1) and 1029(c)(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
March 18

No. 6:18-cr-

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARC MALACASO

## INDICTMENT

Violations: 18 U.S.C. § 1030(a)(5)(A)

A true bill,

_____
Foreperson

Filed in open court this 28th day of March 2018.

_____
Clerk

Bail $_____

GPO 863 525