UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC MALACASO,

    Defendant.
_____/

CASE NO. 6:18-cr-70-Orl-41TBS

**<u>LIMITED NOTICE OF APPEARANCE FOR INITIAL APPEARANCE ONLY</u>**

COMES NOW Vincent A. Citro, Law Offices of Horwitz & Citro, P.A. and hereby gives his limited notice of his appearance as counsel for the Initial Appearance in the Middle District of Florida in this case on behalf of Marc Malacaso. The undersigned will likely be able to enter an unlimited notice of appearance no later than April 6, 2018.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 29, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Vincent S. Chiu, Assistant United States Attorney, Office of the United States Attorney, 400 W. Washington Street, Suite 3100, Orlando,

Florida 32801 at vincent.chiu@usdoj.gov.

        Respectfully submitted,

        **Law Offices of Horwitz & Citro, P.A.**

        /s/ Vincent A. Citro
        **Mark L. Howitz, Esquire**
        Florida Bar Number: 147442
        **Vincent A. Citro, Esquire**
        Florida Bar Number: 468657
        17 East Pine Street
        Orlando, Florida 32801
        Telephone: (407) 843-7733
        Facsimile: (407) 849-1321
        mark@horwitzcitrolaw.com
        vince@horwitzcitrolaw.com
        Attorney for Defendant Marc Malacaso