FID# 10540369

FILED

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

2018 APR -3 PM 1:58

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 6:18-cr-70-ORL-41-TBS |
| | ) | |
| | ) | |
| MARC MALACASO | ) | |
| Defendant | ) | |

2018 MAR 29 AM 8:10
MIDDLE FLORIDA ORLANDO
RECEIVED U.S. MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARC MALACASO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Unauthorized access of a computer, in violation of 18 U.S.C. § 1030(a)(5)(A).

Date: 3/28/18

_____
*Issuing officer's signature*

City and state: Orlando, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/29/2018, and the person was arrested on *(date)* 3/29/2018 at *(city and state)* Orlando, FL. |
| Date: 3/29/2018 |
| _____ *Arresting officer's signature* |
| Aqualios M. Hammond *Printed name and title* |