UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 6:18-cr-70-Orl-41TBS

MARC MALACASO

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person's order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Maria Chapa Lopez, United States Attorney
>
> Vincent S. Chiu, Assistant United States Attorney
>
> Vincent A. Citro, Counsel for Defendant
>
> Federal Bureau of Investigation, Investigative Agency
>
> Alqualios Hammonds, Special Agent
>
> Marc Malacaso, Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>Southeast Marine Sales and Service and Gary Meloon.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: April 4, 2018

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: vincent.chiu@usdoj.gov

U.S. v. MARC MALACASO                   Case No. 6:18-cr-70-Orl-41TBS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vincent A. Citro, Esq.

                                    */s/Vincent S. Chiu*
                                    Vincent S. Chiu
                                    Assistant United States Attorney
                                    Florida Bar No. 0084936
                                    400 W. Washington Street, Suite 3100
                                    Orlando, Florida 32801
                                    Telephone:   (407) 648-7500
                                    Facsimile:   (407) 648-7643
                                    E-mail:       vincent.chiu@usdoj.gov