UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:18-cr-70-Orl-41TBS

MARC MALACASO

**UNOPPOSED MOTION TO CONTINUE AND
ADMINSTRATIVELY CLOSE CASE**

The United States of America moves this Court for an 18-month continuance and administrative closure. The defendant, Marc Malacaso, has been accepted into the Pretrial Diversion Program. The requested 18-month continuance and administrative closure would allow the defendant the opportunity to satisfactorily complete the program. Once the defendant successfully completes the program, the United States will file a motion requesting that the case be dismissed. The United States respectfully suggests that this period of delay is justified and should be excluded from calculation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(2).

Vincent A. Citro, Esq., counsel for the defendant, does not oppose the requested stay and administrative closure.

Based on the foregoing, the United States respectfully requests that this motion be granted.

> Respectfully submitted,
>
> MARIA CHAPA LOPEZ
> United States Attorney
>
> By:  */s/ Vincent S. Chiu*
> Vincent S. Chiu
> Assistant United States Attorney
> Florida Bar No. 0084936
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:  (407) 648-7500
> Facsimile:   (407) 648-7643
> E-mail:       vincent.chiu@usdoj.gov

**United States v. Marc Malacaso**          Case No. 6:18-cr-70-Orl-41TBS

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vincent A. Citro, Esq.

*/s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   vincent.chiu@usdoj.gov