UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          Case No: 6:18-cr-70-Orl-41TBS

**MARC MALACASO**

AUSA: Vincent Chiu

Defense Attorney: Vincent A. Citro, Retained Counsel

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME:<br><br>TOTAL TIME:  3 MINUTES | **August 16, 2018**<br>9:38-9:41 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 3 minutes | | |

# CLERK'S MINUTES
# CRIMINAL STATUS CONFERENCE

9:38-9:41 a.m.    Court grants in part Government's Motion to Continue and Administratively close this case (Doc. 27).   The Court continues this matter for 18 months and sets a status conference at 9:30 a.m. on February 20, 2020 to allow defendant to complete his pretrial division agreement.
After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice are served by granting such continuance and that granting said continuance outweighs the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 8/16/18 until the end of the February 2020 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).