UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:18-cr-70-Orl-41TBS

MARC MALACASO

### STATUS REPORT

The United States of America, in accordance with this Court's Order dated August 23, 2018 (Doc. 30), hereby provides the following report of the Defendant's progress on pretrial diversion.

Since beginning participation in the pretrial diversion program, the Defendant has paid $10,245 of the $14,245 restitution amount in accordance with the terms of the pretrial diversion agreement. The Defendant has further completed 48 of the required 150 hours of community service required by his pretrial diversion agreement.

Further, all of the Defendant's drug screens have been negative, and the Defendant has complied with all other terms of the diversion agreement.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By: */s/ Vincent S. Chiu*
     Vincent S. Chiu
     Assistant United States Attorney
     Florida Bar No. 0084936
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone: (407) 648-7500
     Facsimile: (407) 648-7643
     E-mail: vincent.chiu@usdoj.gov

**United States v. Marc Malacaso**            **Case No. 6:18-cr-70-Orl-41TBS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Vincent A. Citro, Esq.

*/s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084936
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   vincent.chiu@usdoj.gov